JPML FORM 1A                          DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 359 -- In re Air Crash Disaster Near Santa Cruz Airport, Bombay, India on
January 1, 1978

| Date | No. Code | |
|------|----------|---|
| 9/6/78 | | ORDER TO SHOW CAUSE -- Why A-1 through A-52 should not not be transferred pursuant to 28 U.S.C. §1407 for pretrial proceedings (cds) |
| 9/15/78 | | APPEARANCES -- CARROLL E. DUBUC, ESQ. FOR Lear Siegler, Inc. KEITH GERRARD, ESQ. FOR The Boeing Company RICHARD H. JONES FOR Edward M. Holland, et al. WM. MARSHALL MORGAN, ESQ. FOR (A-1 - A-40) Fathima, Khalid, Kunju, Gangadharan, Vergese, Kochumman, Kothari, Aysha, Jasdanwals, Kadeeja, Idichandi, George, Gopalapillai, Velayudhan, Rego, Aboobacker, Amma, Chandramathi, Babu, Gopalkrishnan, Beevi Mathew, Mathai, Khan Abu, Gopalakrishnan, Irani, Aboo, Kadeeja Dotiwalla, Raphael, Chandrika, Francis, Joseph, Gahlot, Amma Goury, Kambli, and Zubaida HENRY G. MATHENY, ESQ. FOR Nargolwala, Kathok, Faria, Paymaster, Nadirshah, Dubash, Ajinkya, Menon, Kotwal, and Abdulla     (cds) |
| 9/15/78 | | CORRECTION ORDER -- Correcting Civil Action No. 78-2082-PH listed on page 2 of the Schedule A to 78-2062-PH (cds) |
| 9/18/78 | | REQUEST FOR EXTENTION OF TIME -- Lear Siegler, Inc. -- GRANTED TO ALL, TO AND INCLUDING 10/2/78 (cds) |
| 9/21/78 | | REQUEST FOR EXTENSION OF TIME -- The Boeing Company -- Previously granted to all on 9/18/78 (cds) |
| 9/26/78 | | REQUEST FOR EXTENSION OF TIME -- Plaintiffs' counsel -- Previously granted to all on 9/18/78 (cds) |
| 9/28/78 | | AMENDMENT TO ORDER TO SHOW CAUSE -- Adding B-53 through B-65 to Order to Show Cause filed on 9/6/78 (cds) |
| 10/2/78 | 1 | RESPONSE w/Exhibits A - D -- Crew Member Plaintiffs -- w/cert. of service (cds) |
| 10/2/78 | 2 | RESPONSE -- Passenger Plaintiffs -- w/cert. of serv.     cds |
| 10/2/78 | 3 | RESPONSE -- Plaintiff Edward M. Holland -- w/cert. of serv.   cds |
| 10/2/78 | 4 | RESPONSE w/Exhibit A -- Lear Siegler, Inc. -- w/cert. of serv cds |
| 10/3/78 | 5 | RESPONSE w/Attachments 1 & 2 -- The Boeing Company -- w/cert. of servic |

Case MDL No. 359   Document 1   Filed 05/05/15   Page 2 of 30

DOCKET NO.  359  -- In re Air Crash Disaster at Santa Cruz Airport, Bombay, India
                   on January 1, 1978

| Date | No. Code | |
|------|------|---|
| 10/6/78 | | HEARING ORDER -- Setting A-1 thru B-65 for hearing to be held in Jacksonville, Florida on 11/1/78.  (emh) |
| 10/25/78 | | HEARING ORDER APPEARANCES:   J. VERNON PATRICK, ESQ. for Holland, et al. CARROLL E. DUBUC, ESQ. for Haight, Gardner, Poor & Havens (cds) |

Case MDL No. 359   Document 1   Filed 05/05/15   Page 3 of 30

DOCKET NO. 359 -- In re Air Crash Disaster Near Santa Cruz Airport, Bombay, India
on January 1, 1978

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 10/25/78 | 6 | Response -- Lear Siegler, Inc. -- w/Exhibit A & cert.of.serv.(cds) |
| 10/30/78 | | HEARING APPEARANCE:  William Marshall Morgan for Norgolwala, et al. |
| | | 2    Kathok, et al.; Faria, et al.; Paymaster, et al |
| | | Nadirshah, et al.; Dubash, et al.; |
| | | Ajinkya, et al.; Menon, et al.; Kotwal; |
| | | Adjullah,; Sumathy, et al.; Avalur, et al. |
| | | (emh) |
| 11/2/78 | | HEARING APPEARANCE:  KEITH GERRARD, ESQ. For The Boeing Co. (cds) |
| 1/11/79 | | CONSENT OF TRANSFEREE DISTRICT to assignment of actions in this litigation to the Honorable James M. Fitzgerald in the W. D. Washington for Section 1407 proceedings |
| | | OPINION AND ORDER -- Transferring 65 actions to the Western District of Washington and assigning the actions to the Honorable James M. Fitzgerald for coordinated or or consolidated pretrial proceedings under 28 U.S.C. §1407 -- NOTIFIED INVOLVES JUDGES, CLERKS, COUNSEL (cs |

JPML FORM 1A

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 359 -- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 1/23/79 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- C-66 thru C-175, NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |

(C-66) Lt. Col. Adi M.K. Maneck, et al. v. The Boeing Co., et al., C.A. No. CV78-4143-PH

(C-67) Simai Rapsang v. The Boeing Co., et al., C.A. No. CV78-4144-PH

C-68) Rutton Jehangir Mehta, et al. v. The Boeing Co., et al., C.A. No. CV78-4147-PH

(C-69) Maniben P. Dabhi, et al. v. The Boeing Co., et al., C.A. No. CV78-4709-PH

(C-70) V. Divakaran Nair v. The Boeing Co., et al., C.A. No. CV78-4850-PH

(C-71) T. P. Abdulkader v. The Boeing Co., et al., C.A. No. CV78-4851-PH

(C-72) Miya Mohd Khaja v. The Boeing Co., et al., C.A. No. CV78-4852-PH

(C-73) P. K. Abraham v. The Boeing Co., et al., C.A. No. CV78-4853-PH

(C-74) Mohanan Koch v. The Boeing Co., et al., C.A. No. CV78-4854-PH

(C-75) Mohanan Koch v. The Boeing Co., et al., C.A. No. CV78-4855-PH

(C-76) Nasib Kaur v. The Boeing Co., et al., C.A. No. CV78-4856-PH

(C-77) Mrs. Rukmani Devi Navranglala Verma v. The Boeing Co., C.A. No. CV78-4857-PH

(C-78) Waryama Ram v. The Boeing Co., et al., C.A. No. CV78-4858-PH

(C-79) Kaka Singh v. The Boeing Co., et al., C.A. No. CV78-4859-PH

(C-80) Autar Singh & Karam Kaur v. The Boeing Co., et al., C.A. No. CV78-4860-PH

(C-81) Alexander Indichandi v. The Boeing Co., et al., C.A. No. CV78-4861-PH

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. 5

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY, INDIA ON JANUARY 1, 1978

| Date | Ref | Pleading Description |
|------|-----|---------------------|
| 1/30/79 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-176 Sankarakurup v. The Boeing Co.,C.D.Cal., #78-5069-PH -- NOTIFIED INVOLVED COUNSEL AND JUDGES. (emh) |
| 2/8/79 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- Notified involved clerks and Judges. (C-66 thru C-175 -- See Attached List) (ea) |

(C-66) Lt. Col. Adi M.K. Maneck, et al. v. The Boeing Co., et al., C.A. No. CV78-4143-PH

(C-67) Simai Rapsang v. The Boeing Co., et al., C.A. No. CV78-4144-PH

C-68) Rutton Jehangir Mehta, et al. v. The Boeing Co., et al., C.A. No. CV78-4147-PH

(C-69) Maniben P. Dabhi, et al. v. The Boeing Co., et al., C.A. No. CV78-4709-PH

(C-70) V. Divakaran Nair v. The Boeing Co., et al., C.A. No. CV78-4850-PH

(C-71) T. P. Abdulkader v. The Boeing Co., et al., C.A. No. CV78-4851-PH

(C-72) Miya Mohd Khaja v. The Boeing Co., et al., C.A. No. CV78-4852-PH

(C-73) P. K. Abraham v. The Boeing Co., et al., C.A. No. CV78-4853-PH

(C-74) Mohanan Koch v. The Boeing Co., et al., C.A. No. CV78-4854-PH

(C-75) Mohanan Koch v. The Boeing Co., et al., C.A. No. CV78-4855-PH

(C-76) Nasib Kaur v. The Boeing Co., et al., C.A. No. CV78-4856-PH

(C-77) Mrs. Rukmani Devi Navranglala Verma v. The Boeing Co., C.A. No. CV78-4857-PH

(C-78) Waryama Ram v. The Boeing Co., et al., C.A. No. CV78-4858-PH

(C-79) Kaka Singh v. The Boeing Co., et al., C.A. No. CV78-4859-PH

(C-80) Autar Singh & Karam Kaur v. The Boeing Co., et al., C.A. No. CV78-4860-PH

(C-81) Alexander Indichandi v. The Boeing Co., et al., C.A. No. CV78-4861-PH

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. *6*

DOCKET NO. __359__ -- In re Air Crash Disaster Near Santa Cruz Airport,
                        Bombay, India on January 1, 1978

| Date | Ref | Pleading Description |
|---|---|---|
| 2/14/79 | | C-176 Sankarakurup v. The Boeing Co., et al., C.D. Cal., C.A. No. 78-5069-PH CONDITIONAL TRANSFER ORDER FINAL TODAY. Notified involved clerks and judges. (ea) |
| 5/8/79 | | CONDITIONAL TRANSFER ORDER FINAL TODAY--C-177 Khan, et al. v. The Boeing Co., et al., C.D. Cal., C.A.No. 78-5054-PH Notified involved clerks and judges.(ea) |
| 8/13/79 | | APPEARANCE -- Roy J. Moceri for Rockwell International Corp. (emh) |
| 80/01/11 | | CONDITIONAL TRANSFER ORDERS FILED TODAY -- (C-178) Laura Shenoy v. The Boeing Co., et al., C.D.Cal., 79-4889; Laura Shenoy v. The Boeing Co., et al., C.D. Cal., 79-4890 -- NOTIFIED INVOLVED COUNSEL AND JUDGES (cds) |
| 80/01/29 | | CONDITIONAL TRANSFER ORDERS FINAL TODAY -- (C-178) Laura Shenoy v. The Boeing Co., et al., C.D.Cal., 79-4889; Laura Shenoy v. The Boeing Co., et al., C.D. Cal., 79-4890 -- NOTIFIED INVOLVED JUDGES AND CLERKS (rew) |

DOCKET NO. ___359___ -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AIR CRASH DISASTER ~~AT~~ NEAR SANTA CRUZ AIRPORT, BOMBAY, INDIA ON JANUARY 1, 1978

============================================================================
Summary of Panel Actions

Date(s) of Hearing(s)  11/1/78 _____  _____  _____  _____

          Consolidation Ordered 1/11/79 _____    Consolidation Denied _____

Opinion and/or Order   1/11/79 _____  _____  _____  _____

          Citation   _____  _____  _____  _____

Transferee District  WESTERN DISTRICT OF WASHINGTON     Transferee Judge James M. Fitzgerald (D.Alaska)

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | P. V. Fathima, et al. v. The Boeing Company, et al. | C.D.Cal. Hall | 78-1947-PH | 1/11/79 | C79-23 | OCT 31 1985 | |
| A-2 | Jameela Khalid, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1948-PH | 1/11/79 | C79-24 | OCT 31 1985 | |
| A-3 | Lata Vimal Kothari, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1949-PH | 1/11/79 | C79-25 | OCT 31 1985 | |
| A-4 | Niravathu Ommen Kunju Kunju, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1950-PH | 1/11/79 | C79-26 | OCT 31 1985 | |
| A-5 | Indirakumati Gangadharan, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1951-PH | 1/11/79 | C79-27 | OCT 31 1985 | |
| A-6 | K. Vergese, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1952-PH | 1/11/79 | C79-28 | OCT 31 1985 | |
| A-7 | Koruthu Kochumman, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1953-PH | 1/11/79 | C79-29 | | |

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER AT SANTA CRUZ AIRPORT, BOMBAY, INDIA ON -- P. 2
JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-8 | Vimla Kamalchand Kothari, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1954-PH | 1/11/79 | C 79-30 | OCT 31 1985 | |
| A-9 | V. P. Aysha, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1955-PH | 1/11/79 | C 79-31 | OCT 31 1985 | |
| A-10 | Esmail Jasdanwala v. The Boeing Company, et al. | C.D.Cal. | 78-1956-PH | 1/11/79 | C 79-32 | OCT 31 1985 | |
| A-11 | T. T. Kadeeja, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1980-PH | 1/11/79 | C 79-33 | OCT 31 1985 | |
| A-12 | Annamma Idichandi, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1982-PH | 1/11/79 | C 79-34 | OCT 31 1985 | |
| A-13 | K. Nair Gopalapillai, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1983-PH | 1/11/79 | C 79-35 | OCT 31 1985 | |
| A-14 | C. P. Velayudhan, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1984-PH | 1/11/79 | C 79-36 | OCT 31 1985 | |
| A-15 | Chona George, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-1985-PH | 1/11/79 | C 79-37 | OCT 31 1985 | |
| A-16 | Valerian Paul Rego, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2054-PH | 1/11/79 | C 79-38 | OCT 31 1985 | |

DOCKET NO. 359  -- IN RE AIR CRASH DISASTER AT SANTA CRUZ AIRPORT, BOMBAY, INDIA ON  -- P.  3
NEAR
JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-17 | Jameela Aboobacker, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2055-PH | 1/11/79 | C79-39 | OCT 31 1985 | |
| A-18 | T. N. Chandramathi, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2056-PH | 1/11/79 | C79-40 | OCT 31 1985 | |
| A-19 | M. Rajamai Amma, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2057-PH | 1/11/79 | C79-41 | OCT 31 1985 | |
| A-20 | Thangamma Gopalkrishnan, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2058-PH | 1/11/79 | C79-42 | OCT 31 1985 | |
| A-21 | Kamalakshi Babu, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2059-PH | 1/11/79 | C79-43 | OCT 31 1985 | |
| A-22 | Rini Mathew, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2060-PH | 1/11/79 | C79-44 | OCT 31 1985 | |
| A-23 | Koramandil Varky Mathai, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2061-PH | 1/11/79 | C79-45 | OCT 31 1985 | |
| A-24 | P. Beekutty Beevi, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2062-PH | 1/11/79 | C79-46 | OCT 31 1985 | |
| A-25 | Abdulrahim Khan, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2063-PH | 1/11/79 | C79-47 | OCT 31 1985 | |

JBML FORM 1  Continuation

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY, INDIA ON -- P. 4
JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-26 | V. Pathumay P. M. Abu, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2079-PH | 1/11/79 | C 79-48 | OCT 31 1985 | |
| A-27 | P. Lalitha Gopalakrishnan, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2080-PH | 1/11/79 | C 79-49 | OCT 31 1985 | |
| A-28 | Gover Kaikushroo Irani, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2081-PH | 1/11/79 | C 79-50 | OCT 31 1985 | |
| A-29 | Karimbil Khadeeja Aboo, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2082-PH | 1/11/79 | C 79-51 | OCT 31 1985 | |
| A-30 | Nadirshaw Jehangirja Dotiwalla, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2083-PH | 1/11/79 | C 79-52 | OCT 31 1985 | |
| A-31 | K. A. Kadeeja, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2129-PH | 1/11/79 | C 79-53 | OCT 31 1985 | |
| A-32 | Eliya Raphael v. The Boeing Company, et al. | C.D.Cal. | 78-2130-PH | 1/11/79 | C 79-54 | OCT 31 1985 | |
| A-33 | N. B. Chandrika, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2131-PH | 1/11/79 | C 79-55 | OCT 31 1985 | |
| A-34 | Raphael Francis, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2132-PH | 1/11/79 | C 79-56 | OCT 31 1985 | |

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY, INDIA ON -- P. 5
JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-35 | K. J. Joseph, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2133-PH | 1/11/79 | C79-57 | OCT 31 1985 | |
| A-36 | Banoo Mobinali Gahlot, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2562-PH | 1/11/79 | C79-58 | OCT 31 1985 | |
| A-37 | V. R. Goury, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2563-PH | 1/11/79 | C79-59 | OCT 31 1985 | |
| A-38 | Ramchandra Raoji Kambli, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2564-PH | 1/11/79 | C79-60 | OCT 31 1985 | |
| A-39 | R. O. Zubaida, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2566-PH | 1/11/79 | C79-61 | OCT 31 1985 | |
| A-40 | N. Radhamani Amma, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2567-PH | 1/11/79 | C79-68 | OCT 31 1985 | |
| A-41 | Sorab Dinshaw Nargolwala, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2994-PH | 1/11/79 | C79-63 | OCT 31 1985 | |
| A-42 | Khusru Manchershah Kathok, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2995-PH | 1/11/79 | C79-64 | OCT 31 1985 | |
| A-43 | Mafalda Faria, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2997-PH | 1/11/79 | C79-65 | OCT 31 1985 | |

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY, INDIA ON -- P. 6
JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-44 | Framroze Darabshaw Paymaster, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-2998-PH | 1/11/79 | C 79-6 0 | OCT 31 1985 | |
| A-45 | Minnie Nadirshah, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3000-PH | 1/11/79 | C 79-670 | OCT 31 1985 | |
| A-46 | Mharookh Adil Dubash, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3020-PH | 1/11/79 | C-79-68 | OCT 31 1985 | |
| A-47 | Radhika Vivek Ajinkya, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3021-PH | 1/11/79 | C 79-69 | OCT 31 1985 | |
| A-48 | N. K. Raman Menon, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3243-PH | 1/11/79 | C 79-70 | OCT 31 1985 | |
| A-49 | Gita Kali Kotwal v. The Boeing Company, et al. | C.D.Cal. | 78-3244-PH | 1/11/79 | C 79-71 | OCT 31 1985 | |
| A-50 | Amina Sheikh Abdullah v. The Boeing Company, et al. | C.D.Cal. | 78-3256-PH | 1/11/79 | C-79-72 | OCT 31 1985 | |
| A-51 | Edward M. Holland, et al. v. The Boeing Company, et al. | D. D.C. Oberdorfer | 78-1341 | 1/11/79 | C79-8 0 | OCT 31 1985 | |
| A-52 | Edward M. Holland, et al. v. The Boeing Company, et al. | D. D.C. Oberdorfer | 78-1342 | 1/11/79 | C 79-87 | OCT 31 1985 | |

DOCKET NO. 359 — IN RE AIR CRASH DISASTER AT (NEAR) SANTA CRUZ AIRPORT, BOMBAY, INDIA ON — P. 7
JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-53 | V. Sumathy, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3426-PH | 1/11/79 | C 79-73 | OCT 31 1985 | |
| B-54 | Pervis Avalur, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3520-PH | 1/11/79 | C 79-74 | OCT 31 1985 | |
| B-55 | K. C. Kuruvilla, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3630-PH | 1/11/79 | C 79-75 | OCT 31 1985 | |
| B-56 | Hyda George, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3631-PH | 1/11/79 | C 79-76 | OCT 31 1985 | |
| B-57 | Zahir H. Attari, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3633-PH | 1/11/79 | C 79-77 | OCT 31 1985 | |
| B-58 | A. P. M. Abdulla, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3632-PH | 1/11/79 | C 79-78 | OCT 31 1985 | |
| B-59 | N. Sarasamma, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3634-PH | 1/11/79 | C 79-79 | OCT 31 1985 | |
| B-60 | Abbas Tayebji Biviji, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3635-PH | 1/11/79 | C 79-80 | OCT 31 1985 | |
| B-61 | Abbasbhai Gulamali Kapadia, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3629-PH | 1/11/79 | C 79-81 | OCT 31 1985 | |

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY, INDIA ON -- P. 8
JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-62 | P. K. Chandrashekhar, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3628-PH | 1/11/79 | C 79-82 | OCT 31 1985 | |
| B-63 | Salim Jumma v. The Boeing Company, et al. | C.D.Cal. | 78-3627-PH | 1/11/79 | C 79-83 | OCT 31 1985 | |
| B-64 | P. A. Sulu v. The Boeing Company, et al. | C.D.Cal. | 78-3626-PH | 1/11/79 | C 79-84 | OCT 31 1985 | |
| B-65 | Makkai Mohammadunni, et al. v. The Boeing Company, et al. | C.D.Cal. | 78-3625-PH | 1/11/79 | C 79-85 | OCT 31 1985 | |
| C-66 | Lt. Col. Adi M.K. Maneck, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | CV78-4143-PH | FEB 08 1979 | C-79-156 | OCT 31 1985 | |
| C-67 | Simai Rapsang v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | CV78-4144-PH | FEB 08 1979 | C-79-157 | OCT 31 1985 | |
| C-68 | Rutton Jehangir Mehta, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | CV78-4147-PH | FEB 08 1979 | C-79-158 | OCT 31 1985 | |
| C-69 | Maniben P. Dabhi, et al. v. The Boeing Co., et al., 1/23/79 | C.D.Cal. | 78-4709-PH | FEB 08 1979 | C-79-159 | OCT 31 1985 | |
| C-70 | V. Divakaran Nair v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4850-PH | FEB 08 1979 | C79-144 | OCT 31 1985 | |
| C-71 | T.P. Abdulkader v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4851-PH | FEB 08 1979 | C79-165 | OCT 31 1985 | |
| C-72 | Miya Mohd Khaja v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4852-PH | FEB 08 1979 | C79-146 | OCT 31 1985 | |

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY, INDIA ON JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-73 | P.K. Abraham v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4853-PH | FEB 08 1979 | C-79-147 | OCT 31 1985 | |
| C-74 | Mohanan Koch v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4854-PH | FEB 08 1979 | C-79-148 | OCT 31 1985 | |
| C-75 | Mohanan Koch v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4855-PH | FEB 08 1979 | C-79-149 | OCT 31 1985 | |
| C-76 | Nasib Kaur v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4856-PH | FEB 08 1979 | C-79-150 | OCT 31 1985 | |
| C-77 | Mrs. Rukmani Devi Navranglala Verma v. The Boeing Co., 1/23/79 | C.D.Cal. | 78-4857-PH | FEB 08 1979 | C-79-151 | OCT 31 1985 | |
| C-78 | Waryama Ram v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4859-PH | FEB 08 1979 | C-79-152 | OCT 31 1985 | |
| C-79 | Kaka Singh v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4859-PH | FEB 08 1979 | C-79-53 | OCT 31 1985 | |
| C-80 | Autar Singh & Karam Kaur v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4860-PH | FEB 08 1979 | C-79-154 | OCT 31 1985 | |
| C-81 | Alexander Indichandi v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4861-PH | FEB 08 1979 | C-79-155 | OCT 31 1985 | |
| C-82 | Shantaben Bhanabhai Dholakia, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4870-PH | FEB 08 1979 | C-79-160 | OCT 31 1985 | |
| C-83 | Victor Mascarehnas, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4874-PH | FEB 08 1979 | C-79-161 | OCT 31 1985 | |
| C-84 | Zehra Gulmalli Karmali Patel, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4875-PH | FEB 08 1979 | C-79-162 | OCT 31 1985 | |

DOCKET NO. 359 --

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-85 | Victor Mascarehnas, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4876-PH | FEB 08 1979 | C 79 163 | OCT 31 1985 | |
| C-86 | Victor Mascarehnas, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4877-PH | FEB 08 1979 | C79-164 | OCT 31 1985 | |
| C-87 | Victor Mascarehnas, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4878-PH | FEB 08 1979 | C 79 165 | OCT 31 1985 | |
| C-88 | Thrithalloor Appunni, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4879-PH | FEB 08 1979 | C79-166 | OCT 31 1985 | |
| C-89 | Mulchand Sunderdas Chhabria v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4880-PH | FEB 08 1979 | C 79 167 | OCT 31 1985 | |
| C-90 | M.J. Easow, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4881-PH | FEB 08 1979 | C 79 168 | OCT 31 1985 | |
| C-91 | Thrithalloor Chanda Sreedharan, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4882-PH | FEB 08 1979 | C79 169 | OCT 31 1985 | |
| C-92 | Thazhe Devaki, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4883-PH | FEB 08 1979 | C 79-170 | OCT 31 1985 | |
| C-93 | Bharti Harilal Patel, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4884-PH | FEB 08 1979 | C 79 171 | OCT 31 1985 | |
| C-94 | Kanta Govind Ranchhod, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4913-PH | FEB 08 1979 | C 79-172 | OCT 31 1985 | |
| C-95 | Nazar Abbas Bakerhussein, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4914-PH | FEB 08 1979 | C79 173 | OCT 31 1985 | |
| C-96 | Firoz Petiwalla, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4915-PH | FEB 08 1979 | C 79 174 | OCT 31 1985 | |
| C-97 | Godavari Gajanan Dhangkar, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4916-PH | FEB 08 1979 | C 79 175 | OCT 31 1985 | |

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY, INDIA ON JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-98 | Joseph Shanker, et al. v. The Boeing Co., et al., 1/23/79 | C.D.Cal. | 78-4917-PH | FEB 08 1979 | C-79-176 | OCT 31 1985 | |
| C-99 | Thressiamma Philipose, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4918-PH | FEB 08 1979 | C79-177 | OCT 31 1985 | |
| C-100 | Vettanattayil Pathakutty Saidalavi, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4919-PH | FEB 08 1979 | C79-178 | OCT 31 1985 | |
| C-101 | Shubrati Mohiddin, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4921-PH | FEB 08 1979 | C79-179 | OCT 31 1985 | |
| C-102 | Firoz Petiwalla, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4926-PH | FEB 08 1979 | C79-180 | OCT 31 1985 | |
| C-103 | Mammili Kunnath Pathummabi Koya, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4927-PH | FEB 08 1979 | C79-181 | OCT 31 1985 | |
| C-104 | Shardaben Arvidbhai Patel, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4928-PH | FEB 08 1979 | C79-182 | OCT 31 1985 | |
| C-105 | Pandarathil A. Nair, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4929-PH | FEB 08 1979 | C79-183 | OCT 31 1985 | |
| C-106 | Ateka Rasuljee, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4930-PH | FEB 08 1979 | C79-184 | OCT 31 1985 | |
| C-107 | Yeshavadbia Tulshiram Sable, et al. et al., v. The Boeing Co. 1/23/79 | C.D.Cal. | 78-4931-PH | FEB 08 1979 | C79-185 | OCT 31 1985 | |
| C-108 | Gulshanbai Alhedad, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4932-PH | FEB 08 1979 | C79-186 | OCT 31 1985 | |
| C-109 | Chandra Nanu Jethwani, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4935-PH | FEB 08 1979 | C79-187 | OCT 31 1985 | |
| C-110 | Jameela Palliarakkandiyil, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4936-PH | FEB 08 1979 | C79-188 | OCT 31 1985 | |

DOCKET NO. _____ -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-111 | Kundanben Girjashanker Jani, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4937-PH | FEB 08 1979 | C79-199 | OCT 31 1985 | |
| C-112 | Gulshan Obaid Saeed-Al-Hedad Hassen, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4938-PH | FEB 08 1979 | C79-190 | OCT 31 1985 | |
| C-113 | Sherali Taher Ali A. Saasa, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4939-PH | FEB 08 1979 | C79-191 | OCT 31 1985 | |
| C-114 | Habibunissa Munshi, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4940-PH | FEB 08 1979 | C79-192 | OCT 31 1985 | |
| C-115 | Surinder Kaur Ratan Singh Bhui, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4941-PH | FEB 08 1979 | C79-193 | OCT 31 1985 | |
| C-116 | Habibunissa Munshi, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4942-PH | FEB 08 1979 | C79-194 | OCT 31 1985 | |
| C-117 | Keshavlal Morarji Bhagat, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4943-PH | FEB 08 1979 | C79-195 | OCT 31 1985 | |
| C-118 | Kizhakkedath Kunhaliyumma Mahmood, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4944-PH | FEB 08 1979 | C79-196 | OCT 31 1985 | |
| C-119 | Theeyancheri Ramachandran Nambiar, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4945-PH | FEB 08 1979 | C79-197 | OCT 31 1985 | |
| C-120 | Avtar Singh Niranjan Singh, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4946-PH | FEB 08 1979 | C79-198 | OCT 31 1985 | |
| C-121 | Firoz Petiwalla, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4947-PH | FEB 08 1979 | C79-199 | OCT 31 1985 | |
| C-122 | Ramesh Doulatram Aswani, et al. v. The Boeing Co. 1/23/79 | C.D.Cal. | 78-4948-PH | FEB 08 1979 | C79-200 | OCT 31 1985 | |

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY, INDIA ON JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-123 | Kulsumbai Dhamji Ujala, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4949-PH | FEB 08 1979 | C79-201 | OCT 31 1985 | |
| C-124 | Madan A. Bhojwani, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4950-PH | FEB 08 1979 | C79-202 | OCT 31 1985 | |
| C-125 | Lalitkumar Neelam Bhatia, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4971-PH | FEB 08 1979 | C79-203 | OCT 31 1985 | |
| C-126 | Shantiben Maganlal Patel, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4972-PH | FEB 08 1979 | C79-204 | OCT 31 1985 | |
| C-127 | Lalitkumar Neelam Bhatia, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4973-PH | FEB 08 1979 | C79-205 | OCT 31 1985 | |
| C-128 | Marykutty Joseph Modamuriyil Varghese et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4974-PH | FEB 08 1979 | C79-206 | OCT 31 1985 | |
| C-129 | Gangadhran Theeyancheri, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4975-PH | FEB 08 1979 | C79-207 | OCT 31 1985 | |
| C-130 | Rattan Kaur Joginder Singh, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4976-PH | FEB 08 1979 | C79-208 | OCT 31 1985 | |
| C-131 | Devaki Shankara Kurup, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4977-PH | FEB 08 1979 | C79-209 | OCT 31 1985 | |
| C-132 | Dawood Khan Umer Khan Desmukh, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4978-PH | FEB 08 1979 | C79-210 | OCT 31 1985 | |
| C-133 | Theeyancheri Ramachandran Nambiar, et al. v. The Boeing Co. 1/23/79 | C.D.Cal. | 78-4979-PH | FEB 08 1979 | C79-211 | OCT 31 1985 | |
| C-134 | Rasilaben Ratilal Bhakan, et al. v. The Boeing Co. 1/23/79 | C.D.Cal. | 78-4980-PH | FEB 08 1979 | C79-21 | OCT 31 1985 | |

DOCKET NO. 359 -- _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-135 | Kizhakkepurakkal Narayanan Janakey Vadakkoot, et al. v. The Boeing Co. 1/23/79 | C.D.Cal. | 78-4981 | FEB 08 1979 | C79-213 | OCT 31 1985 | |
| C-136 | Devkunvar Laxman Mavadhiya, et al. v. the Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4982-PH | FEB 08 1979 | C79-214 | OCT 31 1985 | |
| C-137 | Jamila Begum Sarwar, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4983-PH | FEB 08 1979 | C79-215 | OCT 31 1985 | |
| C-138 | C. Karthiayani Pulakad Madhaven, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4984-PH | FEB 08 1979 | C79-216 | OCT 31 1985 | |
| C-139 | Kathrina Konikara Pyloth Chirayath, etc. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4995-PH | FEB 08 1979 | C79-217 | OCT 31 1985 | |
| C-140 | Safia Banu Sheikh, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4996-PH | FEB 08 1979 | C79-218 | OCT 31 1985 | |
| C-141 | Ramesh Doulatram Aswani, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4997-PH | FEB 08 1979 | C79-219 | OCT 31 1985 | |
| C-142 | Kalsooman Parihar, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4998-PH | FEB 08 1979 | C79-220 | OCT 31 1985 | |
| C-143 | Aruna Singh, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-4999-PH | FEB 08 1979 | C79-221 | OCT 31 1985 | |
| C-144 | Chhotubhai Sukhabhai Patel, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5022-PH | FEB 08 1979 | C-79-222 | OCT 31 1985 | |
| C-145 | Velloth Govindan Kutty, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5023-PH | FEB 08 1979 | C79-223 | OCT 31 1985 | |
| C-146 | Jitendra Kumar Bhatia, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5024-PH | FEB 08 1979 | C79-224 | OCT 31 1985 | |

DOCKET NO. 359  --  IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY INDIA ON
JANUARY 1, 1979

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-147 | K. Leela Chathanath Parambil, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5025-PH | FEB 08 1979 | C79-225 | OCT 31 1985 | |
| C-148 | P.C. Varghese, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5026-PH | FEB 08 1979 | C79-226 | OCT 31 1985 | |
| C-149 | Joseph Joy Kavunkal, etc. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5027-PH | FEB 08 1979 | C79-227 | OCT 31 1985 | |
| C-150 | P.A. Sulu Noordin, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5028-PH | FEB 08 1979 | C79-228 | OCT 31 1985 | |
| C-151 | Sumati Ramrao Sane, etc. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5029-PH | FEB 08 1979 | C79-229 | OCT 31 1985 | |
| C-152 | Hamidan Nizamuddin Qureshi, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5030-PH | FEB 08 1979 | C79-230 | OCT 31 1985 | |
| C-153 | Guljan Anwarkhan, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5031-PH | FEB 08 1979 | C79-231 | OCT 31 1985 | |
| C-154 | Umrao Bi Habib Khan, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5032-PH | FEB 08 1979 | C79-232 | OCT 31 1985 | |
| C-155 | Sanavar Kalukhan, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5033-PH | FEB 08 1979 | C79-233 | OCT 31 1985 | |
| C-156 | Abdulla Fida Hussein, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5034-PH | FEB 08 1979 | C79-234 | OCT 31 1985 | |
| C-157 | Domingo Gonsalves, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5035-PH | FEB 08 1979 | C79-235 | OCT 31 1985 | |
| C-158 | Damyantiben Maganbhai, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5036-PH | FEB 08 1979 | C79-236 | OCT 31 1985 | |

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY, INDIA ON JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-159 | Mercine D'Souza, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5037-PH | FEB 08 1979 | C79-237 | OCT 31 1985 | |
| C-160 | Mira Kanayo Adyomal, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5038-PH | FEB 08 1979 | C79-238 | | |
| C-161 | Rukama Sundaram, etc. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5039-PH | FEB 08 1979 | C79-239 | OCT 31 1985 | |
| C-162 | Ramchandra Raoji Kambli, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5040-PH | FEB 08 1979 | C79-240 | | |
| C-163 | Gokuldas Maganmal Bhatia, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 78-5041-PH | FEB 08 1979 | C79-241 | | |
| C-164 | Susheel M. Kukar, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 79-0008-PH | FEB 08 1979 | C79-242 | OCT 31 1985 | |
| C-165 | Renuka Madar v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 79-0009-PH | FEB 08 1979 | C79- | 3/5/79 | |
| C-166 | Dhillan Bhagowalia, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 79-0010-PH | FEB 08 1979 | C79-244 | | |
| C-167 | Jamshed Sorab Dinshaw v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 79-0011-PH | FEB 08 1979 | C79-245 | OCT 31 1985 | |
| C-168 | Neelangathu Pathummu Moideen, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 79-0016-PH | FEB 08 1979 | C79-246 | | |
| C-169 | Puthuzeettic Alikunju Khalid, et al. v. the Boeing Co., et al. 1/23/79 | C.D.Cal. | 79-0017-PH | FEB 08 1979 | C79-247 | OCT 31 1985 | |
| C-170 | Shaikh Hasan S.K. Mohammed Sonde, et al v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 79-0018-PH | FEB 08 1979 | C79-248 | | |

JBML FORM 1 -- Continuation

Listing of Involved Actions -- p. 17

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY, INDIA ON JANUARY 1, 1978

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| C-171 | Mrs. Bashir Ahmed S.K. Mohammed Sonde, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 79-0019-PH | FEB 08 1979 | C79-249 | OCT 1 1985 | |
| C-172 | Arnawaz N. Dotiwalla, etc. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 79-0020-PH | FEB 08 1979 | C79-26 | OCT 1985 | |
| C-173 | Mrs. Mohammed Hussain Din Mohammed, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 79-0021-PH | FEB 08 1979 | C79-25 | OCT 31 1985 | |
| C-174 | Mrs. Ali Abdul Menon, et al. v. The Boeing Co., et al. 1/23/79 | C.D.Cal. | 79-0022-PH | FEB 08 1979 | C79-252 | OCT 1 1985 | |
| C-175 | Ramaben Jagda, et al. v. The Boeing Co. et al. 1/23/79 | C.D.Cal. | 79-0023-PH | FEB 08 1979 | C79-25 | OCT 1 1985 | |
| C-176 | Mrs. Devaki Sankarakurup v. The Boeing Co. 1/30/79 | C.D.Cal. HALL | 78-5069-PH | FEB 14 1979 | C79-295 | OCT 31 1985 | |
| C-177 | Nina R. Khan, et al. v. The Boeing Company, et al. 4/19/79 | C.D.Cal Hall | 78-5054-PH | 5/8/79 | C79-601 | OCT 31 1985 | |

July 1979 = 177 TR + Pdg. 1 DIS 176 pdg.

| C-178 | Laura Shenoy v. The Boeing Co., et al. 1/11/80 | C.D.Cal. | 79-4889 | 1/29/80 | C80-119 | OCT 1985 | |
| C-179 | Laura Shenoy v. The Boeing Co., et al. 1/11/80 | C.D.Cal. | 79-4890 | 1/29/80 | C80-120 | OCT 31 1985 | |

July 1980 — 179 179 1 DIS — 178 Pdg
July 1981 — Same
July 1982 Same
July 1983 - Same
July 1984 - Same
July 1985 - Same

July 1986
Cal 85 Docket Closed

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. <u>359</u>  -- <u>IN RE AIR CRASH DISASTER NEAR BOMBAY, INDIA ON</u>

<u>JANUARY 1, 1978</u>

LIST OF COUNSEL ACCORDING TO JUDGE FITZGERALD
PRETRIAL ORDER NUMBER 2 (LIAISON COUNSEL)

<u>THE BOEING COMPANY</u>
Keith Gerrard, Esquire
Perkins & Coie
1201 Third Avenue, Suite 4000
Seattle, Washington  98101-3099

<u>LEAR SIEGLER, INC.</u>
Daniel W. Winter, Esquire
Coddington & Winters
5 Palo Alto Square, Suite 250
3000 El Camino Real
Palo Alto, California  94304

F. Lee Campbell, Esquire
Karr, Tuttle, Koch, Campbell,
Mawer & Morrow
2600 Seattle-First National Bank
Building
Seattle, Washington  98154

<u>GENERAL MOTORS CORP.</u>
G. Val Tollefson, Esquire
Lane, Powell, Moss & Miller
3800 Rainier Bank Tower
Seattle, Washington  98101

<u>AIR INDIA CORPORATION</u>
George N. Tompkins, Esquire
Condon & Forsyth
1251 Avenue of the Americas
New York, New York  10020

<u>PASSENGER PLAINTIFFS (162)</u>
Lalita H. Shenoy, Esquire
Waterman & Shenoy
9837 Folsom Boulevard
Suite G
Sacramento, California  95827

Lee S. Kreindler, Esquire
Kreindler & Kreindler
100 Park Avenue
New York, New York  10016

Richard E. Crow, Esquire
Crow, Lytle, Gilwee,
 Donoghue, Adler & Weninger
700 E Street
Sacramento, California 95814

Bruce Walkup, Esquire
Walkup, Downing, Shelby,
Bastian, Melodia, Kelly
 & O'Reilly
650 California Street
30th Floor
San Francisco, California  94108

<u>COCKPIT CREW</u>
Lembhard G. Howell, Esquire
201 Metropole Building
423 Second Avenue
Seattle, Washington  98104

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. _____

DOCKET NO. _____  -- _____

_____  3

✓ Richard J. Dodson, Esquire
  Due, Dodson & deGravellers
  442 Europe Street
  Baton Rouge, Louisiana  70802

  PASSENGER PLAINTIFFS (2)
  Arthur Sherman, Esquire
  9720 Wilshire Boulevard
  Beverly Hills, California  90212

  ROCKWELL INTERNATIONAL CORP.
  Roy J. Moceri, Esquire
  Reed McClure Moceri & Thonn

  3600 Columbia Center
  701 Fifth Avenue
  Seattle, Washington  98104 - 7007

JPML Form 4

# ATTORNEY SERVICE LIST

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER NEAR A SANTA CRUZ AIRPORT, BOMBAY, INDIA

ON JANUARY 1, 1978

---

THE BOEING COMPANY
Keith Gerrard, Esquire
Perkins & Coie
1201 Third Avenue, Suite 400
Seattle, Washington 98101-3099

LEAR SIEGLER, INC.
Carroll E. Dubuc
Haight, Gardner, Poor & Havens
1819 H Street, N.W.
Washington, D. C. 20006

P. V. FATHIMA, ET AL. (A-1)
JAMEELA KHALID, ET AL. (A-2)
LATA VIMAL KOTHARI, ET AL. (A-3)
NIRAVATHU OMMEN KUNJU KUNJU, ET AL. (A-4)
INDIRAKUMATI GANGADHARAN, ET AL. (A-5)
K. VERGESE, ET AL. (A-6)
KARUTHU KOCHUMMAN, ET AL. (A-7)
VIMLA KAMALCHAND KOTHARI, ET AL. (A-8)
V. P. AYSHA, ET AL. (A-9)
ESMAIL JASDANWALA (A-10)
T. T. KADEEJA, ET AL (A-11)
ANNAMMA IDICHANDI, ET AL. (A-12)
K. NAIR GOPALAPILLAI, ET AL. (A-13)
C. P. VELAYUDHAN, ET AL. (A-14)
CHONA GEORGE, ET AL. (A-15)
VALERIAN PAUL REGO, ET AL. (A-16)
JAMEELA ABOOBACKER, ET AL. (A-17)
T. N. CHANDRAMATHI, ET AL. (A-18)
M. RAJAMAI AMMA, ET AL. (A-19)
Thangamma Gopalkrishnan, et al. (A-20)
KAMALAKSHI BABU, ET AL. (A-21)
RINI MATHEW, ET AL. (A-22)
KORAMANDIL VARKY MATHAI, ET AL. (A-23)
P. BEEKUTTY BEEVI, ET AL. (A-24)
ABDULRAHIM KHAN, ET AL. (A-25)
V. PATHUMAY P. M. ABU, ET AL. (A-26)
P. LALITHA GOPALAKRISHNAN, ET AL. (A-27)

---

GOVER KAIKUSHROO, ET AL. (A-28)
KARIMBIL KHADEEJA ABOO, ET AL. (A-29)
NADIRSHAW JEHANGIRJA DOTIWALLA (A-30)
K. A. KADEEJA, ET AL. (A-31)
ELIYA RAPHAEL (A-32)
N. B. CHANDRIKA, ET AL. (A-33)
RAPHAEL FRANCIS, ET AL. (A-34)
K. J. JOSEPH, ET AL. (A-35)
BANOO MOBINALI GAHLOT, ET AL. (A-36)
V. R. GOURY, ET AL. (A-37)
RAMCHANDRA RAOJI KAMBLI, ET AL. (A-38)
R. O. ZUBAIDA, ET AL. (A-39)
N. RADHAMANI AMMA, ET AL. (A-40)
Lalita H. Shenoy, Esq.
Waterman & Shenoy
9837 Folsom Blvd. Suite G.
Sacramento, Calif. 95827

Richard E. Crow, Esquire
Crow, Lytle, Gilwee, Donoghue,
  Adler & Weninger
431 J Street
Sacramento, Calif. 95814

---

EDWARD M. HOLLAND, ET AL. (A-51)
EDWARD M. HOLLAND, ET AL. (A-52)
Richard H. Jones, Esq.
Lewis, Wilson, Lewis and Jones, Ltd.
2054 North 14th Street
Post Office Box 827
Arlington, Virginia 22216

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___2___

DOCKET NO. ___359___ -- IN RE AIR CRASH DISASTER AT SANTA CRUZ AIRPORT, BOMBAY, INDIA
ON JANUARY 1, 1978

| | |
|---|---|
| SORAB DINSHAW NARGOLWALA, ET AL. (A-41)<br>KHUSRU MANCHERSHAH KATHOK, ET AL. (A-42)<br>MAFALDA FARIA, ET AL. (A-43)<br>FRAMROZE DARABSHAW PAYMASTER, ET AL. (A-44)<br>MINNIE NADIRSHAH, ET AL. (A-45)<br>MHAROOKH ADIL DUBASH, ET AL. (A-46)<br>RADHIKA VIVEK AJINKYA, ET AL. (A-47)<br>N. K. RAMAN MENON, ET AL. (A-48)<br>GITA KALI KOTWAL (A-49)<br><u>AMINA SHEIKH ABDULLAH (A-50)</u><br>Bruce Walkup, Esquire<br>Walkup, Downing, Shelby, Bastian<br>Melodia, Kelly & O'Reilly<br>650 California St., 30th Floor<br><u>San Francisco, CA 94108</u> | <u>ROCKWELL INTERNATIONAL CORP.</u><br>Roy J. Moceri<br>Reed, McClure, Moceri & Thonn, P.S.<br>1701 Bank of California Center<br>Seattle, Washington 98164 |

V. SUMATHY, ET AL. (B-53)
<u>PERVIS AVALUR, ET AL. (B-54)</u>

~~Bruce Walkup, Esquire~~

Same as Counsel A-1, etc.

K. C. KURUVILLA, ET AL. (B-55)
HYDA GEORGE, ET AL. (B-56)
ZAHIR H. ATTARI, ET AL. (B-57)
A. P. M. ABDULLA, ET AL. (B-58)
N. SARASAMMA, ET AL. (B-59)
ABBAS TAYEBJI, ET AL. (B-60)
ABBASBHAI GULAMALI KAPADIA, ET AL. (B-61)
P. K. CHANDRASHEKHAR, ET AL. (B-62)
SALIM JUMMA (B-63)
P. A. SULU (B-64)
<u>MAKKAI MOHAMMADUNNI, ET AL. (B-65)</u>
Lalita H. Shenoy, Esq.

and

Richard E. Crow, Esq.

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. *3*

DOCKET NO. 359 ___ -- IN RE AIR CRASH DISASTER NEAR SANTA CRUZ AIRPORT, BOMBAY,
INDIA ON JANUARY 1, 1978

| | |
|---|---|
| LT. COL. ADI M.K. MANECK, ET AL. (C-66) | JOSEPH SHANKER, ET AL. (C-98) |
| SIMAI RAPSANG (C-67) | THRESSIAMMA PHILIPOSE, ET AL. (C-99) |
| RUTTON JEHANGIR MEHTA, ET AL. (C-68) | VETTANATTAYIL PATHAKUTTY SAIDALAVI (C-100) |
| MANIBEN P. DABHI, ET AL. (C-69) | SHUBRATI MOHIDDIN, ET AL. (C-101_ |
| Bruce Walkup, Esq. (See Above) | MAMMILI KUNNATH PATHUMMABI KOYA (C-103) |
| | SHARDABEN ARVIDBHAI PATEL (C-104) |
| | PANDARATHIL A. NAIR, ET AL. (C-105) |
| | ATEKA RASULJEE, ET AL. (C-106) |
| | YESHAVADBIA TULSHIRAM SABLE, ET AL. (C-107) |
| | GULSHANBAI ALHEDAD, ET AL. (C-108) |
| V. DIVAKARAN NAIR (C-70) | CHANDRA NANU JETHWANI, ET AL. (C-109) |
| T.P. ABDULKADER (C-71) | JAMEELA PALLIARAKKANDIYIL, ET AL. (C-110) |
| MIYA MOHD KHAJA (C-72) | KUNDANBEN GIRJASHANKER JANI, ET AL. (C-111) |
| P.K. ABRAHAM (C-73) | GULSHAN OBAID SAEED-AL-HEDAD HASSEN,(C-112) |
| MOHANAN KOCH (C-74) | SHERALI TAHER ALI A. SAASA, ET AL. C-113) |
| NASIB KAUR (C-76) | HABIBUNISSA MUNSHI, ET AL. (C-114) |
| RUKMANI DEVI NAVRANGLALA VERMA (C-77) | SURINDER KAUR RATAN SINGH BHUI, ET AL. (C-115) |
| WARYAMA RAM (C-78) | HABUNISSA MUNSHI (C-116) |
| KAKA SINGH (C-79) | KESHAVLAL MORARJI BHAGAT, ET AL. (C-117) |
| AUTAR SINGH & KARAM KAUR (C-80) | KIZHAKKEDATH KUNHALIYUMMA MAHMOOD (C-118) |
| ALEXANDER INDICHANDI (C-81) | THEEYANCHERI RAMACHANDRAN NAMBIAR (C-119) |
| Paul H. Due, Esquire | AVTAR SINGH NIRANJAN SINGH, ET AL. (C-120) |
| Due, Dodson & deGravelles | FIROZ PETIWALLA, ET AL. (C-121) |
| 442 Europe Street | RAMESH DOULATRAM ASWANI, ET AL. (C-122) |
| Baton Rouge, Louisiana  70802 | KULSUMBAI DHAMJI UJALA, ET AL. (C-123) |
| | MADAN A. BHOJWANI, ET AL. (C-124) |
| | LALITKUMAR NEELAM BHATIA, ET AL. (C-125) |
| | SHANTIBEN MAGANLAL PATEL, ET AL. (C-126) |
| | LALITKUMAR NEELAM BHATIA, ET AL. (C-127) |
| | MARYKUTTY JOSEPH MODAMURIYIL VARGHESE (C-128) |
| | GANGADHRAN THEEYANCHERI, ET AL. (C-129) |
| SHANTABEN BHANABHAI DHOLAKI, ET AL(C-82) | RATTAN KAUR JOGINDER SINGH, ET AL. (C-130) |
| VICTOR MASCAREHNAS, ET AL. (C-83) | DEVAKI SHANKARA KURUP, ET AL. (C-131) |
| ZEHRA GULMALLI KARMALI PATEL, ET AL. (C-84) | DAWOOD KHAN UMER KHAN DESMUKH, ET AL. (C-132) |
| THRITHALLOOR APPUNNI, ET AL. (C-88) | THEEYANCHERI RAMACHANDRAN NAMBIAR, (C-133) |
| MULCHAND SUNDERDAS CHHABRIA (C-89) | RASILABEN RATILAL DHAKAN, ET AL. (C-134) |
| M.J. EASOW, ET AL. (C-90) | KIZHAKKEPURAKKAL NARAYANAN JANAKEY VADAKKOOT |
| THRITHALLOOR CHANDA SREEDHARAN, ET AL(C-91) | (C-135) |
| THAZHE DEVAKI, ET AL. (C-92) | DEVKUNVAR LAXMAN MAVADHIYA, ET AL. (C-136) |
| BHARTI HARILAL PATEL, ET AL. (C-93) | JAMILA BEGUM SARWAR, ET AL. (C-137) |
| KANTA GOVIND RANCHHOD, ET AL. (C-94) | C. KARTHIAYANI PULAKAD MADHAVEN, ET AL. (C-138) |
| NAZAR ABBAS BAKERHUSSEIN, ET AL. (C-95) | KATHRINA KONIKARA PYLOTH CHIRAYATH (C-139) |
| FIROZ PETIWALLA, ET AL. (C-96) | |
| GODAVARI GAJANAN DHANGKAR, ET AL. (C-97) | |

(continued on next page)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. ___4___

DOCKET NO. 359_____ --  _____

SAFIA BANU SHEIKH, ET AL. (C-140)
RAMESH DOULATRAM ASWANI, ET AL. (C-141)
KALSOOMAN PARIHAR, ET AL. (C-142)
ARUNA SINGH, ET AL. (C-143)
CHHOTUBHAI SUKHABHAI PATEL, ET AL. (C-144)
VELLOTH GOVINDAN KUTTY, ET AL. (C-146)
JITENDRA KUMAR BHATIA, ET AL. (C-146)
K. LEELA CHATHANATH PARAMBIL, ET AL. (C-147)
P.C. VARGHESE, ET AL. (C-148)
JOSEPH JOY KAVUNKAL (C-149)
P.A. SULU NOORDIN, ET AL. (C-150)
SUMATI RAMRAO SANE, (C-151)
HAMIDAN NIZAMUDDIN QURESHI, ET AL. (C-152)
GULJAN ANWARKHAN, ET AL. (C-153)
UMRAO VI HABIB KHAN, ET AL. (C-154)
SANAVAR KALUKHAN, ET AL. (C-155)
ABDULLA FIDA HUSSEIN, ET AL. (C-156)
DOMINGO GONSALVES, ET AL. (C-157)
DAMYANTIBEN MAGANBHAI, ET AL. (C-158)
MERCINE D'SOUZA, ET AL. (C-159)
MIRA KANAYO ADYOMAL, ET AL. (C-160)
RUKAMA SUNDARAM, ETC. (C-161)
RAMCHANDRA RAOJI KAMBLI, ET AL. (C-162)
GOKULDAS MAGANMAL BHATIA, ET AL. (C-163)
SUSHEEL M. KUKAR, ET AL. (C-164)
RENUKA MADAR (C-165)
DHILLAN BHAGOWALIA, ET AL. (C-166)
JAMSHED SORAB DINSHAW (C-167)
NEELANGATHU PATHUMMU MOIDEEN, ET AL. (C-168)
PUTHUZEETTIC ALIKUNJU KHALID, ET AL. (C-169)
SHAIKH HASAN S.K. MOHAMMED SONDE, ET AL. (C-170)
MRS. BASHIR AHMED S.K. MOHAMMED SONDE (C-171)
ARNAWAZ N. DOTIWALLA, ETC. (C-172)
MRS. MOHAMMED HUSSAIN DIN MOHAMMED (C-173)
MRS. ALI ABDUL MENON (C-174)
RAMABEN JAGDA, ET AL. (C-175)

Lalita H. Shenoy, Esq.

        and

Richard E. Crow, Esquire

---

MRS DEVAKI SANKARAKURUP (C-176)
Lawrence P. Liebenburg, Esq.
(Same address listed for C-70-C-81)
    and
Due Dodson & deGravelle

NINA R. KHAN, ET AL. (C-177)
James Wawro, Esquire
1801 Century Park East
Los Angeles, California  90067

LAURA SHENOY (C-178, C-179)
Lalita H. Shenoy, Esq.
(See A-1)

Richard E. Crow, Esq.
(See A-1)

Bruce Walkup, Esq.
(See A-41)

Richard J. Dodson, Esq.
Due, Dodson & deGravelles
442 Europe Street
Baton Rouge, La.  70802

Lee S. Kreindler, Esq.
Gerald A. Robbie, Esq.
Melvin I. Friedman, Esq.
Kreindler and Kreindler
99 Park Ave.
New York, New York 10016

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 359 -- IN RE AIR CRASH DISASTER AT SANTA CRUZ AIRPORT, BOMBAY, INDIA ON JANUARY 1, 1978

| Name of Party | Named as Party in Following Actions |
|---|---|
| THE BOEING COMPANY | A-1 through A-52  B-53 - B-65  C-66 — C-175  C-176  C-177  C-178, C-179 |
| LEAR SIEGLER, INC. | A-1 through A-52  B-53 - B-65  C-66 -- C-175  C-176  C-177, C-178, C-179 |
| AIR INDIA  345 Park Ave  New York 751-6200 | C-177 |
| Rockwell Int'l. Corp. | C-178, C-179 |
| General Motors Corp. | C-178, C-179 |
| | |
| | |
| | |
| | |
| | |
| | |